UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

|  |  |
|---|---|
| HYBRICON CORPORATION, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05 – 10351 NMG |
| ) | |
| THE ILLUMINATI SNOWBOARD ) | |
| COMPANY and THE ILLUMINATI, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NOTICE OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a), no responsive pleading having been served, Plaintiff Hybricon Corporation dismisses without prejudice its Complaint against The Illuminati Snowboard Company and The Illuminati in the above-captioned case.

                                           Respectfully submitted,
                                           HYBRICON CORPORATION

                                           By Its Attorneys,

Dated:  June 21, 2005                       /s/ Thomas C. O'Konski
                                           Thomas C. O'Konski (BBO #378,625)
                                           Kevin Gannon (BBO #640,931)
                                           Cesari & McKenna, LLP
                                           88 Black Falcon Avenue
                                           Boston MA 02210
                                           Tel: (617) 951-2500
                                           Fax: (617) 951-3927

Of Counsel,
Robert Carl Wood, Esq., LLC
Riverdale Plaza
768 Boston Road, Suite F
Billerica, MA  01821
(978) 528-5792